WASKO, Appellant, v. MACKO, Respondent. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Stephen Wasko against John Macko, as President, etc. No opinion. Judgment affirmed, without costs.

WASKOWSKI, Respondent, v. BOCK-HAUS, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Florence Waskowski against George Bockhaus. E. R. Koch, of New York City, for appellant. H. Asher, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WATERBURY, Respondent, v. WATER-BURY, Appellant. (Supreme Court, Appellate Division. Fourth Department. July 8, 1913.) Action by John H. Waterbury against Edith A. Waterbury. No opinion. Judgment affirmed, without costs. See, also, 143 N. Y. Supp. 1149.

WATERBURY, Respondent, v. WATER-BURY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by John H. Waterbury against Edith A. Waterbury. No opinion. Order affirmed, without costs. See, also, 143 N. Y. Supp. 1149.

In re WEBER. (Supreme Court, Appellate Division, First Department, November 14, 1913.) In the matter of Joseph L. Weber. No opinion. Order affirmed. Order filed.

WECHSLER, Respondent, v. RAWAK, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Jacob Wechsler against George Rawak. W. E. Ernst, of New York City, for appellant. A. K. Stricker, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEED, Respondent, v. CITY OF AUBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Ethel May Weed against the City of Auburn. No opinion. Judgment and order affirmed, with costs.

WEEKS v. RODISI HOLDING CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Florence R. Weeks against the Rodisi Holding Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 155 App. Div. 937, 140 N. Y. Supp. 1150; 143 N. Y. Supp. 1149.

WEEKS, Appellant, v. RODISI HOLDING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Florence R. Weeks against the Rodisi Holding Company and another. W. A. Wight, of New York City, for appellant. M. S. Hirschberg, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 143 N. Y. Supp. 1149.

WEILL, Respondent, v. JOHNSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Henry Weill against Frank M. Johnston. No opinion. Motion granted, and appeal dismissed, with costs.

WELD et al., Respondents, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Katharine S. Weld and others against the Delaware & Hudson Company. J. P. Cotton, Jr., of New York City, for appellant. C. A. Collin, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WELLS, Respondent, v. HAFF, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by James Clarence Wells against Alvah W. Haff. (Actions 1 and 2.) No opinion. In action No. 1: Order affirmed, without costs. In action No. 2: Order modified, so that plaintiff's discontinuance shall be on payment of defendant's taxable costs in that action, and, as so modified, affirmed, without costs.

WEMPLE et al., Respondents, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Adam Z. Wemple and another against the City of Gloversville. No opinion. Appeal dismissed, with $10 costs.

WENDLING, Respondent, v. WENDLING, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Julia Wendling against William Wendling, impleaded with others. J. Wilson Bryant, of New York City, for appellant. L. Jersawitz, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WERNER et al., Respondents, v. HEINZE, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Ernest Werner and another against Ruth N. Heinze, impleaded with others. F. E. M. Bullowa, of New York City, for appellant. B. G. Paskus, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

WESTCHESTER TRUST CO. v. CONDON et al. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by the Westchester Trust Company, as executor